# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JAMES CHRISTOPHER JONES**                                             **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO.: 3:11-cv-145-MPM-JMV**

**JESSIE STREETER, ET AL.**                                           **DEFENDANTS**

## ORDER DENYING RECONSIDERATION

This matter comes before the court on the *pro se* motion [48] of James Christopher Jones, who requests the court reconsider its decision in revoking his *in forma pauperis* status. The court has considered the motion and finds it should be denied for the reasons set forth in its prior order [47]. In short, that order provides:

> The *pro se* prisoner plaintiff, an inmate in the custody of the Mississippi Department of Corrections, has submitted a complaint challenging the conditions of his confinement under 42 U.S.C. ' 1983. Section 1915(g) provides:
>
>> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.
>
> The plaintiff has accumulated "strikes" under 28 U.S.C. § 1915(g) in the following cases: *Jones v. Heorns*, 4:11CV46-CWR-FKB (S. D. Miss.) (frivolous), *Jones v. Epps*, 4:10CV136-GHD-JAD (N. D. Miss.) (failure to state a claim), *Jones v. Smith*, 3:11CV89-MPM-DAS (N. D. Miss.) (failure to state a claim), *Jones v. Smith*, No. 11-60555 (appeal dismissed as frivolous), and *Jones v. Epps*, 4:10CV137-SA-DAS (failure to state a claim).

Plaintiff was further instructed to pay the filing fee within twenty one (21) days entry of the prior order. As of the date of this order, the Plaintiff has not paid the filing fee. Because Plaintiff has already accumulated the "three strikes" under the provision of the Prison Litigation Reform Act and because his *in forma pauperis* status has previously been revoked on such grounds and he has not paid the requisite filing fee to the court within the required time set forth by the prior order, the instant motion is hereby **DENIED**.

**SO ORDERED** this 8th day of May, 2014.

/s/Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**